No. 775. HOHENSEE *v.* NIELSEN ET AL. Supreme Court of Washington. Certiorari denied. *Reginald B. Jackson* for petitioner. *Maurice Kadish* for Nielsen, respondent.

No. 780. BALTIMORE LUGGAGE Co. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 4th Cir. Certiorari denied. *Albert L. Sklar* and *Robert L. Sullivan, Jr.* for petitioners. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, Irwin A. Seibel* and *James McI. Henderson* for respondent.

No. 783. RAILWAY EXPRESS AGENCY, INC., *v.* JACKSONVILLE TERMINAL Co. C. A. 5th Cir. Certiorari denied. *John S. Cox, William Hart Sibley* and *James E. Thomas* for petitioner. *Elliott Adams* for respondent.

No. 784. GENERAL MOTORS CORP. *v.* ELLIOTT. C. A. 7th Cir. Certiorari denied. *Theodore L. Locke* and *Hugh E. Reynolds, Jr.* for petitioner. *Leon D. Cline* and *Howard S. Young, Jr.* for respondent.

No. 787. BRYSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Edward Bennett Williams* and *Harold Ungar* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 790. D. LOVEMAN & SON EXPORT CORP. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Richard Katcher* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Harry Baum* for respondent.